




**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 1 0 2020 ★



BROOKLYN OFFICE

RP 1/13/2020
6A

- 1 .**Name Gerald c , Prophete**

- 2. **Address line 1. 988 Myrtle Avenue, Brooklyn N. Y. zip code 11206**

- 3. **Phone Number (347) 535- 6161**

- 4. **Plaintiff prose**

<div style="border:1px solid black">

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF NEW YORK

</div>

1.  5. **Gerald c Prophete**

                    **Case No 19-CV-3466 (RR ) (JO)_____**

      i.   **Plaintiff ,**   *Amended*  **COMPLAINT**

b.             **Vs,**

 **Jane Doe DHS Supervisor**

**DHS officer A.Watkins badge number 161-6186**

**DHS officer John Doe badge number 142-5068**          **DEMAND FOR JURY TRIAL**

2.  _____ **Defendant**

3.  6. My Complaint.

4.  May, 29, 2019



5. On OCTOBER SECOND 2018 AN INCIDENT HAD TAKEN PLACE AT 988 MYRTLE AVENUE BROOKLYN N.Y. ZIP CODE 11206. I THE PLAINTIFF GERALD C PROPHETE WAS PEEPPER SPRAYED IN THE RIGHT EYE BY D.H.S SUPERVISOR Jane Doe TWO OTHER OFFICERS WHO ACCOMPANIED HER, OFFICER A. WATKINS REGISTRY # 161-6186 AND OFFICER John Doe TAX REGISTRY# 142-5068.

6. At AROUND 010:30 I THE PLAINTIFF PROCEEDED TO EXIT OUT 988 MYRTLE AVE, MEN SHELTER John Doe STAFF MEMBER WHO WORKED FOR SAMARITAN VILLAGE MEN SHELTER STATED TO ME THAT I HAD TO SWIPE OUT BEFORE EXITING THE BUILDING. I THE PLAINTIFF REPLIED SOMETIMES THE SWIPE BAR IS OFF AND NOT FUNCTIONING NEEDLESS WHY BOTHER. THEN HE REPLIED BACK STATING IF YOU DON'T COMPLY THEN YOU WILL LOSE YOUR BED AND NOT BE ALLOWED BACK IN THE BUILDING, AND THE WAITING PROCESS FOR ME TO GET AN ASSIGNED BED MIGHT TAKE 3 DAYS TO A WEEK. (DHS) SUPERVISOR Jane Doe THAT MORNING ON OCTOBER 2ND OF 2018 STATED TO ME TO STOPPED TALKING AND SWIPE MY I.D. CARD OUT, I REPLIED BACK TO (DHS) SUPERVISOR Jane Doe EXPLAINING TO HER THAT IS NOT HOW YOU TALKED TO PEOPLE WHEN YOU WANT SOMETHING TO GET DONE, THERE ARE OTHER WAYS TO MAKE AN APPROACH. SHE STARTED SCREAMING AT ME SAYING IF YOU DON'T SWIPED YOUR CARD OUT OR STEP OUT THE BUILDING THAT I WILL BE ISSUED A SUMMON FOR DISORDERLY CONDUCT, AND BE CHARGED FOR THREATENING A SAMARITAN VILLAGE STAFF MEMBER FOR HARRASMENT.

7. THEN AFTER I SWIPED MY I.D. CARD OUT TO MAKE AN EXIT, I THE PLAINTIFF PROCEEDED TO WALKED OUT THE BUILDING (DHS) SUPERVISOR Jane Doe FOLLOWED ME ON MY WAY OUT VERBALLY ATTACKING ME BY SAYING KEEP MOVING WHEN I HAD REACH THE EXIT DOOR WAY SHE WAS STILL THERE BEHIND ME TAUNTING ME.

8. THAN I TURNED AROUND AND REPLIED BACK TO HER WHAT IS THE PROBLEM (DHS) SUPERVISOR Jane Doe STATED BACK TO ME I WANT YOU OFF THE PREMISES. I THE PLAINTIFF REPLIED BACK AGAIN SAYING TECHNICALLY I AM OUT THE BUILDING THERE IS NO REASON WHY YOU STILL PUSHING THE ISSUED OVER AND OVER.

9. WHILE OUTSIDE THE BUILDING PREMISES WORDS WERE EXCHANGED BETWEEN I THE PLAINTIFF AND (DHS) SUPERVISOR Jane Doe. SHE PROCEEDED TO REACH FOR HER PEEPER SPRAY WITHOUT AN IMMEDIATE THREAT OR WARNING THAN I WAS SPRAYED IN THE EYE. MY RIGHT EYE WAS BURNING AFER SHE ATTACKED ME THAN SHE CALLED FOR ASSISTANCE TO PLACE ME UNDER ARREST.

10. I WAS HANCUFFED BY OFFICER A. WATKINS REGISTRY NUMBER 161-6186 AND DHS OFFICER John Doe REGISTRY NUMBER 142- 5068 WHERE I'VE BEEN ESSCORTED UPSTAIRS TO THEIR LOCKUP LOCATED ON THE THIRD FLOOR AT SAMARITANS VILLAGE MEN SHELTER HELD AND CONFINED SEARCHED AND STRIPPED OF ALL MY PERSONAL BELONGINGS.

11. I THE PLAINTIFF HAD ALSO BEEN THREATENED BY DHS OFFICERS TO GIVE UP MY RIGHTS FOR A SEARCH TO MY PERSONAL LOCKER, WHICH I THE PLAINTIFF STRONGY OBJECTED TO.

12. THEN STATED BY DHS SUPERVISOR Jane Doe SEARGEANT EITHER I THE PLAINTIFF COMPLY WITH A SEARCH OF MY BELONGING OR MY PERSONAL PADLOCK WILL BE CUT OPEN. MY PERSONAL KEYS WERE TAKEN BY DHS OFFICER John Doe TAX REGISTRY # 142-5068 AND A SEARCHED WAS MADE WITHOUT ME BEING PRESENT OR COSENT, IN THE PROCESS SOME OF MY BELONGING WENT MISSING AFTER THE SEARCH.

13. I THE PLAINTIFF REQUESTED FOR MEDICAL ASSISTANCE BY ALL THREE DHS OFFICERS WHICH HAD BEEN IGNORED AFTER TWO HOURS. I THE PLAINTIFF

PLEADED FOR A BATHROOM ESSCORT WHICH HAD ALSO BEEN IGNORED BY DHS

OFFICERS. (DHS) SEARGEANT SUPERVISOR Jane Doe ODERED OFFICER A. WATKINS

TAX REGISTRY 161-6186 TO WATERBOARD ME WHILE BEING HANCUFFED SIITING

DOWN WITH BOTH OF MY ARMS BEHND MY BACK IN HANDCUFFS DUE TO THE

PEPPER SPRAYED SUBSTANCE BRNING MY EYE WHICH I WANTED TO BE WASHED

OUT.

14. IN CONCLUSION PARAMEDIC WAS CALLED HOURS LATER WHILE STILL BEING

DETAINED I THE PLAINTIFF WAS EXAMINED AND TAKENED TO WOODHALL

HOSPITAL FOR FURTHER MEDICAL CARE EVALUATION UPON BEING RELEASED

BY (DHS) OFFICERS TWO SUMMONS WERE ISSUED  BY OFFICER A. WATKINS

161186 AND OFFICER John Doe NUMBER 1425068. Additionally I the Plaintiff will like to

add Evidentiary personal As John Does who were present At Samaritan Village first floor lobby,

when the incident had taken place on October the second of 2018 time 0:10:30 noted "Cc: T.V

Security Camera  recorded the whole incident.

- 1 .Name Gerald c , Prophete

- 2. Address line 1. 988 Myrtle avenue Brooklyn N. Y. zip code 11206

- 3. Phone Number (347) 535- 6161

- 4. Plaintiff prose

---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF NEW YORK

---

5. Gerald c Prophete

Case No __19-CV-3466 (RR) (JO) _____

**Plaintiff**

COMPLAINT FOR

**Vs,**

DAMAGES PURSUANT TO

42 U.S.C §1983

**DEMAND FOR JURY TRIAL**

DHS Supervisor Jane Doe

DHS Officer A. Watkins badge number 161-6186

DHS Officer John Doe badge number 142-5068

**Defendant**

## Jurisdiction

1. This court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

pg. 5

<u>Venue</u>

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the

Defendant is a STATE LOCAL government official, and the plaintiff lives in

This district.

<u>Parties</u>

3. Plaintiff (Gerald c Prophete) resides at 988 Myrtle Ave. Brooklyn N.Y. 112206

   Telephone No, (347) 535-6161, Email gprophete79@gmail.com

1.  DEFENDANT N0.1 (DHS Supervisor Jane Doe, RESDES at 33 Beaver Street, 17th floor

    New York NY 10004

    Phone number (929)221-6667

2.  Defendant No .2 Dhs officer A. Watkins badge number 161-6186 DHS officer, DHS, officer

    John Doe badge number 142-5068 RESIDES AT 33 BEAVER STREET 17th floor

    MANHATTAN New York NY, 10004

    Phone number (929)221-6667

3.  Defendant No.3 DHS officer John Doe badge number 142-5068 Resides at 33Beaver Street

    Manhattan New York, NY 10004

    Phone number (929)221-6667

## STATEMENT OF FACTS

On October 2nd of 2018 I the plaintiff Gerald c Prophete has been publicly humiliated by
New York City (DHS) security guard officers Identifying DHS Supervisor, Jane Doe, DHS
officer Watkins Tax registry 161-186 DHS John Doe Registry Number 142-5068 at
Samaritan Village Men shelter without provocation.

### Claim I

4.  ( Violation of civil rights : Unlawful arrest, searches and confinement and custody)

5.  (4th 5th 8th and 14th / Amendments/42 U.S.C. § 1983)

6.  7. Plaintiff realleges paragraphs 10 through 14

7.  8. By doing the acts described above in Paragraph 10, 11, 13, and 14, Defendant

8.  caused and/or permitted the violation of Plaintiff's Fourth and

9.  Fourteenth Amendment rights to be free from unreasonable

10. Searches, and seizures, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

### Claim II

1.  (Violation of civil rights: Violation of Due Process)

    a.  (14th Amendment/42 U.S.C. § 1983)

2.  Plaintiff was released from custody on October 2nd 2018 at 1:30 pm. Exhibit A, through F.

### Request for Relief

WHEREFORE, the plaintiff requests: $ 3,000,000

11. Compensatory damages, including general and special damages, according to proof;

12. Any further relief which the court may deem appropriate.

### Demand for Jury Trial

14. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: May 30, 2019

(sign _____

By: (print___Gerald C Prophete

**Plaintiff in Pro Per**