United States District Court
Eastern District of New York

-----------------------------------------------------------------X

Gerald Prophete,

                *Plaintiff,*

   - against -

Haydee Acevedo-Smith, Abraham Watkins, and Alex Andujar,

                *Defendants.*

-----------------------------------------------------------------X

|  |
|---|
| Court Exhibit<br>2 A |

**Verdict Sheet**

No. 19-cv-3466 (KAM)

## Claim One: Excessive Force

➤ **Question 1:** Did Mr. Prophete prove by a preponderance of the credible evidence that Haydee Acevedo-Smith used excessive force against him on October 2, 2018?

    No ✓           Yes _____

**If No, you have found Haydee Acevedo-Smith not liable for excessive force. Skip the question below and proceed to Question 5 (Claim Two: False Arrest).**

**If Yes, proceed to Question 2 below.**

➤ **Question 2:** Did Mr. Prophete prove by a preponderance of the credible evidence that the excessive force was a proximate cause of an actual mental and/or physical injury he suffered?

    No _____           Yes _____

**If No, you have found Haydee Acevedo-Smith not liable for excessive force. Proceed to Question 5 (Claim Two: False Arrest).**

**If Yes, you have found Haydee Acevedo-Smith liable for excessive force. Proceed to Question 3.**

## Damages for Claim One (Excessive Force)

> **Question 3:** Compensatory Damages: For Claim One, excessive force, please state the total amount, if any, of compensatory damages that Mr. Prophete has proven by a preponderance of the credible evidence were proximately caused by the violation of Mr. Prophete's constitutional right by Haydee Acevedo-Smith:

$ _____

**If you provided an amount of compensatory damages, do not answer the next question and instead proceed to Question 5.**

**If your answer is none, answer Question 4 below.**

> **Question 4:** Nominal Damages: If Mr. Prophete is not entitled to compensatory damages, but his constitutional right was nevertheless violated by Haydee Acevedo-Smith through the use of excessive force, he is entitled to nominal damages. What amount of nominal damages do you find that he is entitled to?

$ _____

**Proceed to Question 5.**

### Claim Two: False Arrest

➤ **Question 5:** Did the defendant officers have probable cause to arrest Mr. Prophete?

No _____          Yes ✓_____

**If Yes, you have found the defendant officers are not liable for false arrest, and you have also found the defendant officers not liable for malicious prosecution. Your deliberations are complete. Proceed to the end of the last page.**

**If No, you have found the defendants liable for false arrest. Proceed to Question 6 below.**

### Damages for Claim Two (False Arrest)

➤ **Question 6:** Compensatory Damages: For Claim Two, false arrest, please state the total amount, if any, of compensatory damages that Mr. Prophete has proven by a preponderance of the credible evidence were proximately caused by the violation of Mr. Prophete's constitutional right by the defendant officers:

$ _____

**If you provided an amount of compensatory damages, do not answer the next question and instead proceed to Question 8.**

**If your answer is none, answer Question 7.**

➤ **Question 7:** Nominal Damages: If Mr. Prophete is not entitled to compensatory damages, but his constitutional right was nevertheless violated by the defendant officers for his false arrest, he is entitled to nominal damages. What amount of nominal damages do you find that he is entitled to?

$ _____

**Proceed to Question 8 on the next page.**

3

### Claim Three: Malicious Prosecution

➢ **Question 8:** Did Mr. Prophete prove by a preponderance of the credible evidence that each of the defendant officers below acted with actual malice in causing the initiation of criminal proceedings against Mr. Prophete?

| | | |
|---|---|---|
| Haydee Acevedo-Smith | No _____ | Yes_____ |
| Abraham Watkins | No _____ | Yes_____ |
| Alex Andujar | No _____ | Yes_____ |

**If you checked No for all three defendants, you have found none of the defendants liable for malicious prosecution. Your deliberations are complete. Proceed to the end of this page.**

**For any defendant for whom you checked Yes, you have found that defendant liable for malicious prosecution. Proceed to Question 9 below.**

### Damages for Claim Three (Malicious Prosecution)

➢ **Question 9:** Compensatory Damages: For Claim Three, malicious prosecution, please state the total amount, if any, of compensatory damages that Mr. Prophete has proven by a preponderance of the credible evidence were proximately caused by the violation of Mr. Prophete's constitutional right by the defendant officers:

$ _____

**If you provided an amount of compensatory damages, do not answer the next question.**

**If your answer is none, answer Question 10.**

➢ **Question 10:** Nominal Damages: If Mr. Prophete is not entitled to compensatory damages, but his constitutional right was nevertheless violated by the defendant officers for his malicious prosecution, he is entitled to nominal damages. What amount of nominal damages do you find that he is entitled to?

$ _____

---

**Your deliberations are now complete. The foreperson is to sign and date this verdict form and notify the Court that a verdict has been reached.**

Signed: _[signature]_    Date: _7/02/25_

4