AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Gerald C. Prophete | |
| *Plaintiff* | Civil Action No.  19CV3466 [KAM] |
| v. | |
| DHS Sergeant Haydee Acevedo-Smith, DHS Officer A Watkins, DHS Special Officer Alex Andujar | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits.                    _____

_____
_____ .

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge  Kiyo A. Matsumoto     presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge
_____ on a motion for


Date: July 2, 2025
_____

CLERK OF COURT

*Sandra Jackson*
_____
*Signature of Clerk or Deputy Clerk*